█ Jfurti, LLC, et al., Appellants, v Eli Verschleiser et al., Respondents. [26 NYS3d 475]—Appeal from orders, Supreme Court, New York County (Eileen Bransten, J.), entered on or about November 3, 2014, to the extent they granted defendants' motion to strike and suppress certain confidential data obtained by plaintiffs from a nonparty and to quash plaintiffs' nonparty subpoenas, and denied plaintiffs' motions to compel discovery sought in connection with their application for a preliminary injunction, unanimously dismissed, without costs, as moot.

The court supervising discovery stated repeatedly, both at oral argument on the relevant motions and at prior conferences, that the discovery rulings embodied in the orders now appealed from related to the preliminary injunction hearing only, not to the plenary action. The application for a preliminary injunction has been withdrawn. Therefore, the appeal from these orders is moot (see *Matter of Hearst Corp. v Clyne*, 50 NY2d 707 [1980]; see also *Fair Price Med. Supply Corp. v ELRAC Inc.*, 13 Misc 3d 33 [App Term, 2d Dept, 2d & 11th Jud

Dists 2006]). Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.